UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Tiffany L Moore

Debtor(s)

Case No. 13 B 30389

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2013.

2) The plan was confirmed on 10/02/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 06/16/2017.

6) Number of months from filing to last payment: 46.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,877.79 |
| Less amount refunded to debtor | $440.33 |
| **NET RECEIPTS:** | **$13,437.46** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,995.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $542.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,537.58** |

Attorney fees paid and disclosed by debtor:       $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Collection Corp | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 179.12 | 179.12 | 6.66 | 0.00 |
| American InfoSource LP | Unsecured | 179.00 | 177.24 | 177.24 | 6.59 | 0.00 |
| Americas Financial Choice Inc | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,000.00 | 1,827.29 | 1,827.29 | 92.08 | 0.00 |
| Asset Acceptance | Unsecured | 227.00 | 227.57 | 227.57 | 11.46 | 0.00 |
| Capital One Auto Finance | Unsecured | 6,298.00 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 640.00 | 725.00 | 725.00 | 36.53 | 0.00 |
| Certified Services Inc | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 314.00 | 130.93 | 130.93 | 6.60 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | NA | 314.88 | 314.88 | 15.87 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,830.00 | 1,468.64 | 1,468.64 | 74.00 | 0.00 |
| Collection | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 480.00 | 480.00 | 480.00 | 24.19 | 0.00 |
| Educational Credit Management Corp | Unsecured | 7,338.00 | 8,268.08 | 8,268.08 | 416.61 | 0.00 |
| Fast and Reliable Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Global Con | Unsecured | 2,631.00 | NA | NA | 0.00 | 0.00 |
| Global Connections Inc | Secured | 2,592.99 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 6,209.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 40.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,200.00 | 2,477.49 | 2,477.49 | 2,477.49 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 77.14 | 77.14 | 0.00 | 0.00 |
| Macys/dsnb | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 2,010.07 | 2,010.07 | 101.28 | 0.00 |
| Palisades Collection LLC c/o | Unsecured | 1,643.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Energy Corp | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 887.00 | 887.42 | 887.42 | 44.71 | 0.00 |
| PLS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 574.00 | 574.33 | 574.33 | 28.94 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Unsecured | NA | 530.00 | 530.00 | 26.71 | 0.00 |
| Regional Acceptance Corp | Unsecured | NA | 1,970.73 | 1,970.73 | 99.30 | 0.00 |
| Regional Acceptance Corp | Secured | 0.00 | 7,029.73 | 5,059.00 | 5,059.00 | 333.91 |
| Resurgent Capital Services | Unsecured | 0.00 | 753.18 | 753.18 | 37.95 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 45.89 | 45.89 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| Triple AAA Checkmate | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Victoria Secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Westgage Resorts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Williams & Fudge | Unsecured | 5,750.81 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,059.00 | $5,059.00 | $333.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,059.00** | **$5,059.00** | **$333.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,477.49 | $2,477.49 | $0.00 |
| **TOTAL PRIORITY:** | **$2,477.49** | **$2,477.49** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,647.51** | **$1,029.48** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,537.58 |
| Disbursements to Creditors | $8,899.88 |
| **TOTAL DISBURSEMENTS**: | **$13,437.46** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/30/2017                    By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**